726

Illinois denied. *Mr. Charles P. R. Macaulay* for petitioners.

No. 143. LAKE LUCERNE PLAZA, INC. *v.* BOWLES, PRICE ADMINISTRATOR. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Claude L. Gray* for petitioner. *Acting Solicitor General Judson* and *Mr. David London* for respondent.

No. 146. COLBY ET AL. *v.* FRENCH ET AL. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Herbert B. Barlow* and *Earle D. Crammond* for petitioners. *Mr. Harry C. Bierman* for respondents.

No. 147. COOPER *v.* PARSONS, RECEIVER. October 8, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Wade H. Cooper, pro se.*

No. 148. AIROLITE COMPANY ET AL. *v.* FIEDLER, DOING BUSINESS AS AIR CONDITIONING UTILITIES CO. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederic P. Warfield* for petitioners. *Mr. J. Preston Swecker* for respondent.

No. 149. NEVILLE COKE & CHEMICAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition